UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON D. STOWERS, | Case No. 2:25-cv-1110-WBS-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| JASON M. HASTEY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2025, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 15. Plaintiff was granted twenty-one days in which to pay the $405 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id*. Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, it is hereby ORDERED that:

1. This action is dismissed without prejudice for failure to pay the filing fee; and

2. The Clerk of Court is directed to close the case.

Dated: September 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1